IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br> BRUCE L. HAY,                 )<br>          Defendant.          )<br>                              ) | CASE NUMBER: 19-CR-20044-JAR |

## UNITED STATES' INITIAL NOTICE UNDER FEDERAL RULE OF EVIDENCE 404(b)

The United States of America, by and through Duston J. Slinkard, United States Attorney for the District of Kansas, and Ryan J. Huschka and D. Christopher Oakley, Assistant United States Attorneys, files this Initial Notice with the Court under Federal Rule of Evidence 404(b). Although these allegations are inextricably intertwined with the charged conduct and constitute direct evidence, in an abundance of caution, the United States files this Notice under Federal Rule of Evidence 404(b) to notify the Court and Defendant that it may seek to tender evidence during trial concerning the following:

In January 2021, the Defendant filed a Mechanics Lien on his mother's property in Miami County, Kansas District Court. The lien was claimed for labor

the Defendant furnished as a "Farm Manager" on his mother's property from January 1, 1985 to December 31, 2020.  Among the labor the Defendant represented that he provided during those years included the following: "equipment repair, livestock management, property upkeep (fence repair, water gaps, etc.), crop planting and harvesting and hay harvesting."  The Defendant claimed he was owed $62,400 per year for those 35 years based on the work performed.  An accompanying employment agreement dated May 15, 2015 and signed by the Defendant and his mother stated that the Defendant had been employed as a "Farm Manager" since January 1, 1985 and that he accepted and agreed to continue such employment for an annual salary of $62,400.  The agreement provided that the Defendant's mother would retain his earned wages and execute a note and mortgage to secure the amount owed.

        Respectfully Submitted,

        DUSTON J. SLINKARD
        United States Attorney
        District of Kansas


        */s/ Ryan J. Huschka*
        RYAN J. HUSCHKA, #23840
        Assistant United States Attorney

500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: ryan.huschka@usdoj.gov

*/s/ D. Christopher Oakley*
D. CHRISTOPER OAKLEY, #19248
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: chris.oakley@usdoj.gov

ELECTRONICALLY FILED
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2022, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Chekasha Ramsey
Office of Federal Public Defender - KCKS
500 State Avenue, Suite 201
Kansas City, KS 66101-2400
Counsel for Defendant

>                     */s/ Ryan J. Huschka*
>                     Ryan J. Huschka
>                     Assistant United States Attorney