AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Kansas

United States of America
v.
Bruce L. Hay

Case No: 2:19-CR-20044-001
USM No: 29719-031

Date of Original Judgment: 12/13/2022
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Kayla Gassmann
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   37   months **is reduced to**   30 months   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The sentence on Counts 1-16 is reduced to 30 months, concurrent with each other.

Except as otherwise provided, all provisions of the judgment dated   12/13/2022   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/27/2024

s/ Julie A. Robinson
*Judge's signature*

Effective Date: 02/27/2024
*(if different from order date)*

Julie A. Robinson
*Printed name and title*