UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

April 10, 2024

Ms. Skyler O'Hara  
United States District Court for the District of Kansas  
Office of the Clerk  
500 State Avenue  
Robert J. Dole U.S. Courthouse  
Room 259  
Kansas City, KS 66101-0000

**RE:** 22-3276, United States v. Hay  
Dist/Ag docket: 2:19-CR-20044-JAR-1

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's March 19, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc: All Counsel of Record

CMW/mlb